DOA: 7-19-23

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>Mathew Sean SPARLIN,<br><br>               Defendant. | Case No.: 23MJ8550-LR<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21 U.S.C. § 841<br>Possession of a Controlled Substance with Intent to Distribute (Felony) |

The undersigned complainant being duly sworn states:

**COUNT 1**

On or about July 19, 2023, within the Southern District of California, defendant, Mathew Sean SPARLIN, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about July 19, 2023, within the Southern District of California, defendant, Mathew Sean SPARLIN, did knowingly and intentionally posses with intent to distribute a mixture and substance containing a detectable amount of N-pheny-N-[(2-phenylethly)-4-piperidiny] propenamide (Fentanyl), a Schedule II Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Richard Lopez, Special Agent
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 20th day of July, 2023.

_____
HON. LUPE RODRIGUEZ, JR.
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Mathew Sean SPARLIN

### STATEMENT OF FACTS

This Complaint and Statement of Facts is based on the reports, documents, and notes furnished to Homeland Security Investigations Special Agent Richard Lopez.

On July 19, 2023, Homeland Security Investigations ("HSI") Task Force Officers (TFO) J. Martinez and F. Munoz were in the area of the Loves Gas Station in the city of Westmorland, California. TFOs Martinez and Munoz observed a male subject they recognized as Mathew Sean SPARLIN (SPARLIN). TFOs were aware SPARLIN had an active arrest warrant issued in Imperial County, California for evading a peace officer. TFOs Martinez and Munoz observed SPARLIN enter the Loves Gas Station and confirmed the individual was, in fact, SPARLIN. TFOs observed SPARLIN enter a Honda Ridgeline driven by an adult female individual. TFOs coordinated with Brawley Investigations Team (BIT) to notify the United States Border Patrol (USBP) Highway 86 Checkpoint of the vehicle's impending arrival.

BPA Olivares was assigned to the fully operational Highway 86 Border Patrol checkpoint located near Westmorland, California. At approximately 12:50 p.m., BPA Olivares was performing his inspection duties when he encountered a gray Honda Ridgeline bearing California license plates. BPA Olivares questioned the driver as to her citizenship and she stated she was a United States Citizen. BPA Olivares then questioned

SPARLIN as to his citizenship and he stated he was also a United States Citizen. During questioning, BPA Olivares was informed by BPA Boston that her canine partner alerted to the presence of narcotics from vehicle. BPA Olivares referred the vehicle to the secondary area for further inspection.

BPA Allen was assigned to the vehicle secondary area and met with the female driver of the Honda Ridgeline and SPARLIN. SPARLIN initially identified himself with a different name (J. M. S.) and a different date of birth but, after some questioning, SPARLIN provided his true name and information to agents. BPA Boston informed the female driver of her canine partner alerting to the vehicle and BPA Boston asked for and received consent from the female driver to conduct a sniff of the vehicle along with a physical search of the interior and exterior of the vehicle. No narcotics were located inside the vehicle. Thereafter, BIT Investigators arrived at the checkpoint to assist.

During a further inspection of SPARLIN, he informed BIT investigators he had drugs concealed in his groin area. BIT Investigators retrieved a bag containing a white crystal-like substance and bag containing blue pills. The total weight of the white crystal-like substance was approximately 32.6 grams and the blue pills were approximately 4.7 grams. BIT Investigators transported SPARLIN and the female driver to the Brawley Police Department for processing where Homeland Security Investigations Special Agents continued the processing of SPARLIN and the female driver.

SPARLIN was advised of his Miranda rights. SPARLIN acknowledged his rights and agreed to speak to Agents without an attorney present. SPARLIN stated he concealed

methamphetamine and fentanyl pills between his buttocks prior to arriving at the checkpoint. SPARLIN stated he had the drugs with him in case he got sick and estimated he had approximately one ounce of methamphetamine and 38 fentanyl pills. SPARLIN stated he knew it was illegal to possess the drugs and admitted the drugs belonged to him and they did not belong to the female driver.

SPARLIN was placed under arrest and charged with a violation of Title 21, United States Code section 841, for Possession of a Controlled Substance with Intent to Distribute, and was booked into the San Luis Detention Center to await initial appearance.